IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLOS LOMELI, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's objection to magistrate judge's order (Filing No. 109).  Inasmuch as a superseding indictment was filed and the defendant has filed a motion to suppress, the objection is moot.  Accordingly,

IT IS ORDERED that defendant's objection to magistrate judge's order is overruled as moot.

DATED this 28th day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court