IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID HERNANDEZ, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter had been scheduled for trial on May 10, 2011, but inasmuch as there is an interlocutory appeal pending for some defendants and pretrial motions pending for other defendants,

IT IS ORDERED that trial is continued until further order of the Court. This will give the parties time to resolve pretrial issues and pursue plea negotiations or prepare for trial, and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between May 9, 2011, and a trial date scheduled after resolution of the appeal and pending pretrial motions shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 9th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court