IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:10CR158
                               )
       v.                      )
                               )
CARLOS LOMELI and MANUEL       )        ORDER
HERNANDEZ,                     )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on the government's motion for reconsideration of order adopting magistrate's supplemental findings and recommendation, and requests review of government's statement of objections (Filing No. 219).  Inasmuch as the United States Court of Appeals for the Eighth Circuit has affirmed the decision of the district court on the interlocutory appeal,

IT IS ORDERED that the government's motion is denied as moot.

DATED this 17th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court